# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

THOMAS E. PEREZ, Secretary of Labor,
United States Department of Labor,

      Plaintiff,

v.                                                                             Case No:   2:14-cv-67-FtM-38CM

GAIL GARROW, individually, IAQ,
INC., and IAQ, INC. 401(K) PLAN,

      Defendants.
_____/

## ORDER[1]

This matter comes before the Court on the First Report and Fee Application of Costs and Expenses of the Successor Fiduciary of the IAQ, Inc. 401K Plan (Doc. #7) filed on April 25, 2014.

On February 4, 2014, Plaintiff Secretary of Labor brought this action pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et. seq.*, alleging that Defendants IAQ, Inc. and Gail Barrow breached their fiduciary duties with respect to the IAQ, Inc. 401(k) plan (hereinafter the "Plan").  The parties reached a settlement on February 10, 2014 (Doc. #3), to which the Court issued a Consent Judgment and Order (Doc. #5) on February 11, 2014.  In that Order, the Court appointed Jeanne Barnes Bryant as the successor fiduciary ("Successor Fiduciary") of the Plan and directed Defendant Garrow to

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

pay all reasonable costs, fees, and expenses associated with the Successor Fiduciary's services. (Doc. #5). Before receiving any payment, the Court requires the Successor Fiduciary to submit an invoice(s) for any costs, fees, and expenses incurred. (Doc. #5). If no party or the Court objects to the invoice within 15 days of it being served, Defendant Garrow must pay that invoice in full. (Doc. #5).

The Successor Fiduciary has submitted her First Report and Fee Notice for fees and expenses for February 11, 2014, to March 31, 2014, totaling $1,203.05. (Doc. #7). In support, the Successor Fiduciary attaches (1) a schedule of the hourly rates for her and contract staff at Receivership Management, Inc., who she may use to carry out the terms of the Court's Order dated February 11, 2014 (Doc. #7-1); and (2) expense summaries and time sheets (Doc. #7-2). Defendants have not objected to the invoice, and the time to do so has expired.

After reviewing the First Report and Fee Application of Costs and Expenses of the Successor Fiduciary of the IAQ, Inc. 401K Plan (Doc. #7) and the attached documents, the Court finds the reported fees and expenses are reasonable.

Accordingly, it is now

**ORDERED:**

The First Report and Fee Application of Costs and Expenses of the Successor Fiduciary of the IAQ, Inc. 401K Plan (Doc. #7) is **GRANTED**. Defendant Gail Garrow shall pay Jeanne Barnes Bryant, the Successor Fiduciary, **$1,203.05** by **May 22, 2014**, in accordance with the Court's Order dated February 11, 2014 (Doc. #5).

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of May, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record